FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

APR -7 2015

CHRISTOPHER A. PRINE
CLERK

April 02, 2015

In accordance with the provisions of Rule 306a.3 of the Texas Rules of Civil Procedure, you are hereby notified that in 268th Judicial District Court Fort Bend County, Texas; Cause No. **13-DCV-203592 - BRIGHTWATER HOMEOWNERS ASSOCIATION VS. FABIAN A. BACA AND MARIELA BACA.**
A(n) **AMENDED FINAL JUDGMENT** was entered and said judgment was signed **March 31, 2015** by Judge **BRADY G ELLIOTT.**

A copy of the **AMENDED FINAL JUDGMENT** may be obtained from the Fort Bend County District Clerk's Office, 1422 Eugene Heimann Circle, Richmond, TX 77469 or you may mail a copy request along with payment such as Money Order or Check (No Out-of-State Checks Are Accepted) to Fort Bend County District Clerk's Office, 301 Jackson Street, Richmond, TX 77469.

The **AMENDED FINAL JUDGMENT** contains **8** page(s). The payment amount to obtain a copy of the **AMENDED FINAL JUDGMENT** from the Fort Bend County District Clerk's Office will be **$8.00.** An unofficial copy may be obtained free of charge at www.fortbendcountytx.gov.

DISTRICT CLERK ANNIE REBECCA ELLIOTT
Fort Bend County, Texas

By: _____
Deputy District Clerk Vanessa Vasquez
Telephone: (281) 341-3754

**ANNIE REBECCA ELLIOTT**
**Fort Bend County District Clerk**
**301 Jackson**
**Richmond, Texas 77469**

**OFFICIAL BUSINESS**
**Penalty for Private Use**





PRESORT
FIRST CLASS

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 77469 $ 000.46⁰
02 1W
0001372223 APR. 02. 2015

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

APR 7 2015

CHRISTOPHER A. PRINE
CLERK

**FIRST COURT OF APPEALS**
**CHRISTOPHER PRINE**
**FIRST COURT OF APPEALS**
**301 FANNIN**
**HOUSTON TX 77002-2066**

CNH-SMP 77002